### GRAVES v. WAIT, appellant.

*Contract — agreement to deliver stock.*

Plaintiff gave his note to defendant on consideration of defendant's agreement to deliver a quantity of stock in a mining company. After the note was paid defendant refused to deliver the stock. *Held*, that the direction by the circuit judge of a verdict in favor of plaintiff for the amount paid upon the note was proper.

E. D. SMITH, J.

The only question in the case appears in the head note.

*Judgment affirmed.*